AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Roby, Karen W. | 2. Court or Organization<br><br>Eastern District of Louisiana | 3. Date of Report<br><br>05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge-Fulltime | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address |
|---|
| 500 Poydras Street B437<br>New Orleans, Louisiana 70130 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Robert C. Blakes Sr. Scholarship Foundation |
| 2. | Co-Chair | American Bar Association Litigation Section Diversity Committee |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self- Employed Attorney |
| 2. 2016 | Clerk of Court Orleans Parish |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 01/20/2016-01/24/2016 | Park Ciy, UT | Leadership Meeting | Meals, Hotel & Transportation |
| 2. | American Bar Association | 05/12/2016-05/12/2016 | Atlanta, GA | Professional Success Summit | Meals, Hotel & Transportation |
| 3. | American Bar Association | 06/15/2016-06/18/2016 | Vancouver, Canada | Leadership Meeting | Meals, Hotel & Transportation |
| 4. | American Bar Association | 09/14/2016-09/18/2016 | New York, NY | Just the Beginning-A Pipeline Organization. | Meals, Hotel & Transportation |
| 5. | American Bar Association | 10/06/2016-10/09/2016 | Austin, TX | Leadership Meeting | Meals, Hotel & Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Liberty Bank & Trust | A | Int./Div. | J | T | | | | | |
| 2. Vanguard Inflation Protected Securites | B | Dividend | J | T | | | | | |
| 3. Louisiana Start 529 Plan-Principle Protextion Pln | A | Dividend | J | T | Buy (add'l) | 01/03/16 | J | | |
| 4. Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 5. Microsoft Corp | A | Dividend | J | T | | | | | |
| 6. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 7. Capitol One Money Market | B | Dividend | J | T | | | | | |
| 8. SPDR TRUST GOLD | A | Dividend | J | T | | | | | |
| 9. Amazon | A | Dividend | J | T | | | | | |
| 10. AIG | A | Dividend | J | T | | | | | |
| 11. Fidelity Select Biotechnology | B | Dividend | | | Sold | 01/08/16 | J | A | MONEY MARKET |
| 12. Wells Fargo | A | Dividend | J | T | | | | | |
| 13. Berkshire Hathaway Inc. | A | Dividend | J | U | | | | | |
| 14. The Walt Disney Co. | A | Dividend | J | T | | | | | |
| 15. Facebook | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 16. FedexCorp | A | Dividend | J | T | | | | | |
| 17. Fidelity Contrafund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gamestop | B | Dividend | J | T | | | | | |
| 19. Fidelity Select Retail | B | Int./Div. | J | T | | | | | |
| 20. FITBIT Inc. | A | Dividend | | | Sold | 04/11/16 | J | A | MONEY MARKET |
| 21. Netflix | A | Int./Div. | J | T | | | | | |
| 22. UNDERARMOR | A | Int./Div. | | | Buy | 04/22/16 | J | | |
| 23. UNDERARMOR | | None | | | Sold | 11/02/16 | J | | MONEY MARKET |
| 24. Paypal | A | Dividend | | | Sold | 04/20/16 | J | A | MONEY MARKET |
| 25. Sector SPDR TR SHS Ben Inc. Consumer | A | Dividend | J | T | | | | | |
| 26. APPL | A | Dividend | J | T | Buy | 09/01/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part VII. INVESTMENTS and TRUSTS:  2015 Financial Disclosure Report, Line 25, AOL stock was purchased on 05/12/2015 was involved in merger, so Fidelity settled my stock purchase on 06/30/2015 and returned the funds to my money market account at a short loss. I missed the settlement in 2015.


(2) Part VII. INVESTMENTS and TRUSTS:  2015 Financial Disclosure Report, Line 11 (SPIDER) SPDR Gold Trust Fund ETF is a duplicate of Line 10 SPDR TRUST GOLD.  I researched my account and only have a history of purchasing one SPDR account.

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/15/2017 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen W. Roby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544